UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MATTHEW HALE,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **Civil Action No. 21-1469 (JEB)** |
| **v.** | ) | **(ECF)** |
| | ) | |
| **BUREAU OF PRISONS,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to the Federal Rules of Civil Procedure ("Rule") 12(b)(1), (b)(2), (b)(3), (b)(5), and (b)(6), the Bureau of Prisons, *et al.* ("Defendants" or "BOP"), by and through undersigned counsel, respectfully move for dismissal of the Complaint filed by Matthew Hale ("Plaintiff").

In support hereof, Defendants respectfully direct the Court's attention to the attached Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss.

*Pro se* Plaintiff will take note that if he fails to respond to this motion to dismiss, the Court may grant this motion and dismiss his case because of his failure to respond. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988).

January 25, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Civil Chief

1

By:_____/s/_____

KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.   20530
Telephone: (202) 252-2562

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **MATTHEW HALE,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **Civil Action No. 21-1469 (JEB)** |
| **v.** | ) | **(ECF)** |
| | ) | |
| **BUREAU OF PRISONS,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>ORDER</u>

After considering this motion, the record herein, and applicable law,

it is this _____ day of _____, 202_, hereby

**ORDERED**, that the Defendants' motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that Plaintiff's Complaint is dismissed with prejudice.

_____
HON. JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE

3

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing Defendants' Motion to Enlarge Time to be

served upon Plaintiff as follows:

Matthew Hale, *pro se*
Reg. No. 15177-424
USP-Marion
Inmate Mail/Parcels
P.O. Box 1000
Marion, IL 62959

       /s/
KENNETH ADEBONOJO
Assistant United States Attorney

4