UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW HALE,  )<br><br>Plaintiff  )<br><br>v.  )<br><br>BUREAU OF PRISONS, *et al.*  )<br><br>Defendants.  ) | Civil Action No. 21-1469 (JEB)<br>(ECF) |

## DECLARATION OF MICHAEL COLLIS

I, Michael Collis, hereby declare and state that the following statements are true and correct to the best of my knowledge:

1.     I have been employed by the Federal Bureau of Prisons since August 6, 2006, I am employed by the BOP as Intelligence Analyst.   I have been named as a defendant in my individual capacity in the above-referenced action.

2.     In my capacity as an Intelligence Analyst, I am assigned to BOP's Central Office in Washington, DC.   However, my physical office and my home address are located in West Virginia.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.   Executed this day, January 24, 2022, in West Virginia.

Michael Collis
Intelligence Analyst
Federal Bureau of Prisons

1