Attachment 1

```
BOPOI           *        PUBLIC INFORMATION        *        12-10-2021
PAGE 001        *              INMATE DATA         *        15:36:51
                           AS OF 12-10-2021


REGNO..: 15177-424 NAME: HALE, MATTHEW

                       RESP OF: MAR
                       PHONE..: 618-964-1441    FAX: 618-964-2058
                                                RACE/SEX...: WHITE / MALE
                                                AGE:  50
PROJ REL MT: GOOD CONDUCT TIME RELEASE          PAR ELIG DT: N/A
PROJ REL DT: 04-02-2037                         PAR HEAR DT:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
 BOPOI           *         PUBLIC INFORMATION       *      12-10-2021
PAGE 002         *             INMATE DATA          *      15:36:51
                            AS OF 12-10-2021


REGNO..: 15177-424 NAME: HALE, MATTHEW


                    RESP OF: MAR
                    PHONE..: 618-964-1441    FAX: 618-964-2058
HOME DETENTION ELIGIBILITY DATE: 10-02-2036


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  04-02-2037 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------


COURT OF JURISDICTION..........: ILLINOIS, NORTHERN DISTRICT
DOCKET NUMBER..................: 03 CR 011
JUDGE..........................: MOODY
DATE SENTENCED/PROBATION IMPOSED: 04-06-2005
DATE COMMITTED.................: 04-21-2005
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO


               FELONY ASSESS  MISDMNR ASSESS  FINES       COSTS
NON-COMMITTED.:  $300.00        $00.00        $00.00      $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  863    18:1501-10 OBSTRUCT JUSTICE
OFF/CHG: 18 USC 1503 - OBSTRUCTIONS OF JUSTICE (CT 1)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 DATE OF OFFENSE................: 12-12-2002

------------------------CURRENT OBLIGATION NO: 020 --------------------------
OFFENSE CODE....:  863    18:1501-10 OBSTRUCT JUSTICE
OFF/CHG: 18 USC 1503 - OBSTRUCTIONS OF JUSTICE (CT 4)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS
 DATE OF OFFENSE................: 11-29-2002




 G0002      MORE PAGES TO FOLLOW . . .
```

```
 BOPOI            *          PUBLIC INFORMATION        *      12-10-2021
PAGE 003           *              INMATE DATA          *      15:36:51
                             AS OF 12-10-2021


REGNO..: 15177-424 NAME: HALE, MATTHEW


                         RESP OF: MAR
                         PHONE..: 618-964-1441    FAX: 618-964-2058


------------------------CURRENT OBLIGATION NO: 030 --------------------------
OFFENSE CODE....:  580     18:373 SOLICIT COMMIT VIOL
OFF/CHG: 18 USC 373 - SOLICITATION OF A CRIME OF VIOLENCE (CT 2)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   240 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS
 DATE OF OFFENSE................: 12-17-2002


------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-08-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-09-2010 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020, 010 030

DATE COMPUTATION BEGAN..........: 04-06-2005
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   480 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    40 YEARS
AGGREGATED TERM OF SUPERVISION..:     3 YEARS
EARLIEST DATE OF OFFENSE........: 11-29-2002

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    01-08-2003    04-05-2005




G0002        MORE PAGES TO FOLLOW . . .
```

```
 BOPOI           *              PUBLIC INFORMATION            *      12-10-2021
PAGE 004 OF 004 *                INMATE DATA                  *      15:36:51
                              AS OF 12-10-2021


REGNO..: 15177-424 NAME: HALE, MATTHEW


                        RESP OF: MAR
                        PHONE..: 618-964-1441    FAX: 618-964-2058
TOTAL PRIOR CREDIT TIME.........: 819
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 2106
TOTAL GCT EARNED................: 918
STATUTORY RELEASE DATE PROJECTED: 04-02-2037
ELDERLY OFFENDER TWO THIRDS DATE: 09-08-2029
EXPIRATION FULL TERM DATE.......: 01-07-2043
TIME SERVED.....................:    18 YEARS     11 MONTHS      3 DAYS
PERCENTAGE OF FULL TERM SERVED..:  47.3
PERCENT OF STATUTORY TERM SERVED:  55.2


PROJECTED SATISFACTION DATE.....: 04-02-2037
PROJECTED SATISFACTION METHOD...: GCT REL
```

```
S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

Attachment 2

```
BOPOI  531.01 *              INMATE HISTORY         *     12-13-2021
PAGE 001 OF 001 *              ADM-REL              *     15:15:31


 REG NO..: 15177-424 NAME....: HALE, MATTHEW
 CATEGORY: ARS       FUNCTION: PRT        FORMAT:


FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
MAR    A-DES      DESIGNATED, AT ASSIGNED FACIL 07-01-2020 1601 CURRENT
5-Z    RELEASE    RELEASED FROM IN-TRANSIT FACL 07-01-2020 1701 07-01-2020 1701
5-Z    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-01-2020 0152 07-01-2020 1701
FLM    TRANSFER   TRANSFER                      06-30-2020 2352 06-30-2020 2352
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL 04-07-2017 1330 06-30-2020 2352
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-07-2017 1530 04-07-2017 1530
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-07-2017 1000 04-07-2017 1530
OKL    HLD REMOVE HOLDOVER REMOVED             04-07-2017 0900 04-07-2017 0900
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 03-27-2017 1705 04-07-2017 0900
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 03-27-2017 1805 03-27-2017 1805
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-27-2017 0904 03-27-2017 1805
THA    TRANSFER   TRANSFER                      03-27-2017 0904 03-27-2017 0904
THA    A-DES      DESIGNATED, AT ASSIGNED FACIL 05-31-2016 1434 03-27-2017 0904
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 05-31-2016 1434 05-31-2016 1434
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-31-2016 1000 05-31-2016 1434
OKL    HLD REMOVE HOLDOVER REMOVED             05-31-2016 0900 05-31-2016 0900
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 05-26-2016 1420 05-31-2016 0900
5-Z    RELEASE    RELEASED FROM IN-TRANSIT FACL 05-26-2016 1520 05-26-2016 1520
5-Z    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-26-2016 0812 05-26-2016 1520
FLM    TRANSFER   TRANSFER                      05-26-2016 0612 05-26-2016 0612
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL 04-21-2005 1127 05-26-2016 0612
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-21-2005 1327 04-21-2005 1327
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-21-2005 0900 04-21-2005 1327
OKL    HLD REMOVE HOLDOVER REMOVED             04-21-2005 0800 04-21-2005 0800
OKL    A-HLD      HOLDOVER, TEMPORARILY HOUSED  04-20-2005 1635 04-21-2005 0800
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-20-2005 1735 04-20-2005 1735
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-20-2005 1227 04-20-2005 1735
CCC    HLD REMOVE HOLDOVER REMOVED             04-20-2005 1127 04-20-2005 1127
CCC    A-HLD      HOLDOVER, TEMPORARILY HOUSED  04-08-2005 0918 04-20-2005 1127
CCC    ADM CHANGE RELEASE FOR ADMISSION CHANGE 04-08-2005 0917 04-08-2005 0918
CCC    A-PRE      PRE-SENT ADMIT, ADULT         01-08-2003 1742 04-08-2005 0917




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

Attachment 3

```
  BOPOI          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-10-2021
PAGE 001 OF                                                          15:28:39
      FUNCTION: L-P SCOPE: REG    EQ 15177-424     OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM 07-01-2020 THRU 12-10-2021 DT STS: FROM _____  THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _               RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____      ____      ____      ____      ____      ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ___      ___       ___       ___       ___       ___
        TYPE: ___      ___       ___       ___       ___       ___
EVNT FACL: EQ ____      ____      ____      ____      ____      ____
RCV FACL.: EQ ____      ____      ____      ____      ____      ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____      ____      ____      ____      ____      ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002       MORE PAGES TO FOLLOW . . .
```

```
 BOPOI            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-10-2021
PAGE 002 OF      *                FULL SCREEN FORMAT              *     15:28:39



REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                    QTR.: I01-015L   RCV OFC: MAR
REMEDY ID: 1034831-F1     SUB1: 15HM SUB2: 10ZM DATE RCV:   07-22-2020
UNT  RCV..:I            QTR RCV.: I02-004L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I02-004L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1                      RESP DUE:  MON  08-31-2020
ABSTRACT.: APPEAL TRANSFER TO MAR-CMU
STATUS DT: 08-25-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 07-22-2020
REMARKS..:




REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                    QTR.: I01-015L   RCV OFC: MAR
REMEDY ID: 1038763-F1     SUB1: 15HM SUB2: 25EM DATE RCV:   08-07-2020
UNT  RCV..:I            QTR RCV.: I01-014L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I01-014L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1                      RESP DUE:  THU  08-27-2020
ABSTRACT.: COMMISSARY STOCK
STATUS DT: 08-21-2020  STATUS CODE: CLO STATUS REASON: WDN
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 08-07-2020
REMARKS..:
```

```
 G0002       MORE PAGES TO FOLLOW . . .
```

```
BOPOI        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-10-2021
PAGE 003 OF       *            FULL SCREEN FORMAT              *      15:28:39


REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                    QTR.: I01-015L   RCV OFC: MAR
REMEDY ID: 1052048-F1     SUB1: 15HM SUB2: 13LM DATE RCV:   10-07-2020
UNT  RCV..:I             QTR RCV.: I01-014L      FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I01-014L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE:  MON  11-16-2020
ABSTRACT.: COMPASSIONATE RELEASE
STATUS DT: 12-17-2020  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 10-14-2020
REMARKS..:




REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                    QTR.: I01-015L   RCV OFC: MAR
REMEDY ID: 1054388-F1     SUB1: 15HM SUB2: 16BM DATE RCV:   10-29-2020
UNT  RCV..:I             QTR RCV.: I01-014L      FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I01-014L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV: MAR  1 NCR  1 BOP  1   RESP DUE:  TUE  12-08-2020
ABSTRACT.: 34CM, MAIL REJECTION, REL DISCRIMINATION
STATUS DT: 12-03-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 10-29-2020
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
BOPOI        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-10-2021
PAGE 004 OF       *              FULL SCREEN FORMAT                 *      15:28:39


REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                    QTR.: I01-015L   RCV OFC: MAR
REMEDY ID: 1054426-F1     SUB1: 15HM SUB2: 16BM DATE RCV:   10-29-2020
UNT  RCV..:I              QTR RCV.: I01-014L       FACL RCV: MAR
UNT  ORG..:I              QTR ORG.: I01-014L       FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  TUE  12-08-2020
ABSTRACT.: REQ TO KNOW WHY OUTGOING MAIL WAS REJECTED
STATUS DT: 12-03-2020  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 10-29-2020
REMARKS..:




REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                    QTR.: I01-015L   RCV OFC: MAR
REMEDY ID: 1056885-F1     SUB1: 15HM SUB2: 34BM DATE RCV:   11-16-2020
UNT  RCV..:I              QTR RCV.: I01-014L       FACL RCV: MAR
UNT  ORG..:I              QTR ORG.: I01-014L       FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1          RESP DUE:  SUN  12-06-2020
ABSTRACT.: 16BM, COMMUNICATIONS, MISCONDUCT
STATUS DT: 01-22-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 11-16-2020
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

```
 BOPOI           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-10-2021
PAGE 005 OF       *              FULL SCREEN FORMAT              *     15:28:39


REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                    QTR.: I01-015L    RCV OFC: MAR
REMEDY ID: 1059178-F1     SUB1: 15HM SUB2: 16GM DATE RCV:    12-02-2020
UNT  RCV..:I             QTR RCV.: I01-014L       FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I01-014L       FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  TUE  12-22-2020
ABSTRACT.: REJECTED EMAIL
STATUS DT: 12-17-2020  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 12-02-2020
REMARKS..:




REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                    QTR.: I01-015L    RCV OFC: MAR
REMEDY ID: 1059308-F1     SUB1: 15HM SUB2: 16AM DATE RCV:    12-03-2020
UNT  RCV..:I             QTR RCV.: I01-014L       FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I01-014L       FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1          RESP DUE:  TUE  01-12-2021
ABSTRACT.: REJECTED PUBLICATION
STATUS DT: 02-11-2021  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 12-03-2020
REMARKS..:
```

```
 G0002      MORE PAGES TO FOLLOW . . .
```

```
 BOPOI          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-10-2021
PAGE 006 OF       *            FULL SCREEN FORMAT             *     15:28:39


REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                    QTR.: I01-015L    RCV OFC: NCR
REMEDY ID: 1054426-R1     SUB1: 15HM SUB2: 16BM DATE RCV:    12-14-2020
UNT  RCV..:I            QTR RCV.: I01-014L       FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I01-014L       FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  FRI  02-12-2021
ABSTRACT.: REQ TO KNOW WHY OUTGOING MAIL WAS REJECTED
STATUS DT: 02-04-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 12-15-2020
REMARKS..:




REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                    QTR.: I01-015L    RCV OFC: NCR
REMEDY ID: 1054388-R1     SUB1: 15HM SUB2: 16BM DATE RCV:    12-14-2020
UNT  RCV..:I            QTR RCV.: I01-014L       FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I01-014L       FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  FRI  02-12-2021
ABSTRACT.: 34CM, MAIL REJECTION, REL DISCRIMINATION
STATUS DT: 01-19-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 12-15-2020
REMARKS..:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
  BOPOI          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-10-2021
PAGE 007 OF       *              FULL SCREEN FORMAT              *     15:28:39


REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                   QTR.: I01-015L   RCV OFC: NCR
REMEDY ID: 1059178-R1     SUB1: 15HM SUB2: 16GM DATE RCV:   01-14-2021
UNT  RCV..:I           QTR RCV.: I01-014L      FACL RCV: MAR
UNT  ORG..:I           QTR ORG.: I01-014L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  MON  03-15-2021
ABSTRACT.: REJECTED EMAIL
STATUS DT: 04-14-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 01-15-2021
REMARKS..:




REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                   QTR.: I01-015L   RCV OFC: NCR
REMEDY ID: 1052048-R1     SUB1: 15HM SUB2: 13LM DATE RCV:   01-14-2021
UNT  RCV..:I           QTR RCV.: I01-014L      FACL RCV: MAR
UNT  ORG..:I           QTR ORG.: I01-014L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  MON  03-15-2021
ABSTRACT.: COMPASSIONATE RELEASE
STATUS DT: 02-01-2021  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 01-15-2021
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

```
BOPOI           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-10-2021
PAGE 008 OF      *            FULL SCREEN FORMAT              *     15:28:39


REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                   QTR.: I01-015L   RCV OFC: NCR
REMEDY ID: 1056885-R1     SUB1: 15HM SUB2: 34BM DATE RCV:   02-04-2021
UNT  RCV..:I             QTR RCV.: I01-014L       FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I01-014L       FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1          RESP DUE:  MON  04-05-2021
ABSTRACT.: 16BM, COMMUNICATIONS, MISCONDUCT
STATUS DT: 03-28-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 02-04-2021
REMARKS..:




REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                   QTR.: I01-015L   RCV OFC: NCR
REMEDY ID: 1059308-R1     SUB1: 15HM SUB2: 16AM DATE RCV:   02-26-2021
UNT  RCV..:I             QTR RCV.: I01-014L       FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I01-014L       FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1          RESP DUE:  TUE  04-27-2021
ABSTRACT.: REJECTED PUBLICATION
STATUS DT: 03-28-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 02-26-2021
REMARKS..:
```

G0002      MORE PAGES TO FOLLOW . . .

```
  BOPOI          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-10-2021
PAGE 009 OF       *              FULL SCREEN FORMAT              *      15:28:39


REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                    QTR.: I01-015L   RCV OFC: BOP
REMEDY ID: 1054388-A1     SUB1: 16BM SUB2: 35CM DATE RCV:   03-01-2021
UNT  RCV..:I             QTR RCV.: I01-014L      FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I01-014L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  FRI  04-30-2021
ABSTRACT.: 34CM, MAIL REJECTION - RELIGIOUS FREEDOM
STATUS DT: 04-21-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 03-08-2021
REMARKS..:


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
THU 04-08-2021    ADMIN REM    RT    03-08-2021      INV       04-21-2021
WED 04-21-2021    ADMIN REM    IC    04-21-2021      SIG       04-21-2021




REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                    QTR.: I01-015L   RCV OFC: MAR
REMEDY ID: 1073186-F1     SUB1: 15HM SUB2: 33FM DATE RCV:   03-17-2021
UNT  RCV..:I             QTR RCV.: I01-014L      FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I01-014L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1                 RESP DUE:  MON  04-26-2021
ABSTRACT.: LEGAL MAIL PROCEDURES
STATUS DT: 04-26-2021  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 03-17-2021
REMARKS..:
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

```
  BOPOI        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-10-2021
PAGE 010 OF        *             FULL SCREEN FORMAT             *     15:28:39


REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                    QTR.: I01-015L   RCV OFC: MAR
REMEDY ID: 1073187-F1     SUB1: 15HM SUB2: 21AM DATE RCV:   03-17-2021
UNT  RCV..:I          QTR RCV.: I01-014L       FACL RCV: MAR
UNT  ORG..:I          QTR ORG.: I01-014L       FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1          RESP DUE:  TUE  04-06-2021
ABSTRACT.: APPEAL INCIDENT REPORT
STATUS DT: 04-13-2021  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 3478118   RCT: P EXT:   DATE ENTD: 03-17-2021
REMARKS..:




REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                    QTR.: I01-015L   RCV OFC: MAR
REMEDY ID: 1073188-F1     SUB1: 15HM SUB2: 16AM DATE RCV:   03-17-2021
UNT  RCV..:I          QTR RCV.: I01-014L       FACL RCV: MAR
UNT  ORG..:I          QTR ORG.: I01-014L       FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1               RESP DUE:  MON  04-26-2021
ABSTRACT.: INCOMING PUBLICATION REJECTION
STATUS DT: 04-16-2021  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 03-17-2021
REMARKS..:
```

```
  G0002       MORE PAGES TO FOLLOW . . .
```

```
  BOPOI          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-10-2021
PAGE 011 OF       *              FULL SCREEN FORMAT             *      15:28:39


REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                   QTR.: I01-015L   RCV OFC: MAR
REMEDY ID: 1073191-F1     SUB1: 15HM SUB2: 15CM DATE RCV:   03-17-2021
UNT  RCV..:I            QTR RCV.: I01-014L       FACL RCV: MAR
UNT  ORG..:            QTR ORG.:                 FACL ORG:
EVT FACL.: MAR     ACC LEV:                      RESP DUE:
ABSTRACT.: RELIGIOUS DIET
STATUS DT: 03-17-2021   STATUS CODE: VOD STATUS REASON:
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 03-17-2021
REMARKS..: WRONG INMATE




REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                   QTR.: I01-015L   RCV OFC: BOP
REMEDY ID: 1054426-A1     SUB1: 15HM SUB2: 16BM DATE RCV:   03-19-2021
UNT  RCV..:I            QTR RCV.: I01-014L       FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I01-014L       FACL ORG: MAR
EVT FACL.: MAR     ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  TUE  05-18-2021
ABSTRACT.: REQ TO KNOW WHY OUTGOING MAIL WAS REJECTED
STATUS DT: 05-05-2021   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 04-26-2021
REMARKS..:


                   CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
WED 05-05-2021    ADMIN REM    IC    05-05-2021     SIG        05-05-2021
WED 05-26-2021    ADMIN REM    SA    04-26-2021     INV        05-05-2021




G0002       MORE PAGES TO FOLLOW . . .
```

```
BOPOI          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-10-2021
PAGE 012 OF        *           FULL SCREEN FORMAT              *      15:28:39


REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                    QTR.: I01-015L   RCV OFC: BOP
REMEDY ID: 1052048-A1     SUB1: 15HM SUB2: 13LM DATE RCV:   04-05-2021
UNT  RCV..:I            QTR RCV.: I01-014L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I01-014L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  FRI  06-04-2021
ABSTRACT.: COMPASSIONATE RELEASE
STATUS DT: 06-01-2021  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 04-23-2021
REMARKS..:



              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT   TO     DATE ASSN    TRK TYPE    DATE RETURNED
FRI 05-28-2021    ADMIN REM    RBJ   05-28-2021     INV          06-01-2021
TUE 06-01-2021    ADMIN REM    IC    06-01-2021     SIG          06-01-2021




REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                    QTR.: I01-015L   RCV OFC: NCR
REMEDY ID: 1073187-R1     SUB1: 15HM SUB2: 21AM DATE RCV:   04-30-2021
UNT  RCV..:I            QTR RCV.: I01-007L      FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I01-014L      FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1          RESP DUE:  TUE  06-29-2021
ABSTRACT.: APPEAL INCIDENT REPORT
STATUS DT: 05-19-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 3478118   RCT: P EXT: P DATE ENTD: 04-30-2021
REMARKS..:










G0002       MORE PAGES TO FOLLOW . . .
```

```
  BOPOI            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-10-2021
PAGE 013 OF       *              FULL SCREEN FORMAT              *     15:28:39


REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                    QTR.: I01-015L   RCV OFC: BOP
REMEDY ID: 1056885-A1     SUB1: 15HM SUB2: 34BM DATE RCV:   05-14-2021
UNT  RCV..:I             QTR RCV.: I01-007L       FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I01-014L       FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1          RESP DUE:
ABSTRACT.: 16BM, COMMUNICATIONS, MISCONDUCT
STATUS DT: 06-22-2021  STATUS CODE: REJ STATUS REASON: UTA MEM
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 06-22-2021
REMARKS..: REGIONAL RESPONSE DATED 03-28-2021




REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                    QTR.: I01-015L   RCV OFC: BOP
REMEDY ID: 1059178-A1     SUB1: 15HM SUB2: 16GM DATE RCV:   05-19-2021
UNT  RCV..:I             QTR RCV.: I01-007L       FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I01-014L       FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1  RESP DUE:  SUN  07-18-2021
ABSTRACT.: REJECTED EMAIL
STATUS DT: 07-27-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 06-04-2021
REMARKS..:


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT  TO    DATE ASSN    TRK TYPE    DATE RETURNED
SUN 07-04-2021    ADMIN REM   RT    06-04-2021     INV        07-27-2021
TUE 07-27-2021    ADMIN REM   IC    07-27-2021     SIG        07-27-2021




G0002      MORE PAGES TO FOLLOW . . .
```

```
 BOPOI            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     12-10-2021
PAGE 014 OF       *            FULL SCREEN FORMAT                *     15:28:39


REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                 QTR.: I01-015L   RCV OFC: MAR
REMEDY ID: 1087953-F1     SUB1: 15HM SUB2: 16BM DATE RCV:   07-15-2021
UNT  RCV..:I            QTR RCV.: I01-007L       FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I01-007L       FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1         RESP DUE:  TUE  08-24-2021
ABSTRACT.: CORREDPONDENCE REJECTION
STATUS DT: 09-01-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 07-15-2021
REMARKS..:




REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                 QTR.: I01-015L   RCV OFC: NCR
REMEDY ID: 1087953-R1     SUB1: 15HM SUB2: 16BM DATE RCV:   09-23-2021
UNT  RCV..:I            QTR RCV.: I01-015L       FACL RCV: MAR
UNT  ORG..:I            QTR ORG.: I01-007L       FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1         RESP DUE:  MON  11-22-2021
ABSTRACT.: CORREDPONDENCE REJECTION
STATUS DT: 10-28-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 09-23-2021
REMARKS..:











G0002       MORE PAGES TO FOLLOW . . .
```

```
  BOPOI          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      12-10-2021
PAGE 015 OF 015 *                 FULL SCREEN FORMAT                  *      15:28:39


REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                      QTR.: I01-015L   RCV OFC: MAR
REMEDY ID: 1100791-F1      SUB1: 15HM SUB2: 16BM DATE RCV:   11-10-2021
UNT  RCV..:I             QTR RCV.: I01-015L       FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I01-015L       FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1                      RESP DUE:  MON  12-20-2021
ABSTRACT.: CONTACT BLOCK
STATUS DT: 12-10-2021  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 11-10-2021
REMARKS..:




REGNO: 15177-424 NAME: HALE, MATTHEW
RSP OF...: MAR UNT/LOC/DST: I                      QTR.: I01-015L   RCV OFC: MAR
REMEDY ID: 1103605-F1      SUB1: 15HM SUB2: 16GM DATE RCV:   12-10-2021
UNT  RCV..:I             QTR RCV.: I01-015L       FACL RCV: MAR
UNT  ORG..:I             QTR ORG.: I01-015L       FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1                      RESP DUE:  THU  12-30-2021
ABSTRACT.: RESTORE TRULINCS ACCESS
STATUS DT: 12-10-2021  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:           RCT: N EXT:   DATE ENTD: 12-10-2021
REMARKS..:
```

```
        28 REMEDY SUBMISSION(S) SELECTED
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

Attachment 4

**Administrative Remedy No. 1054426-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal, in which you assert violations under the First Amendment for improperly rejecting an email article from being sent. For relief, you request that your article be mailed.

We have reviewed documentation relevant to your appeal, and based on the information gathered, concur with the manner in which the Warden and Regional Director addressed your concerns at the time of your Request for Administrative Remedy and subsequent appeal. "The purpose of CMUs is to provide an inmate housing unit environment that enables staff to more effectively monitor communication between inmates in CMUs and persons in the community." Program Statement 5214.02, Communications Management Units. In accordance with policy, the Bureau of Prisons operates CMUs for more intense monitoring of written correspondence, telephone communication, and visiting limitations. The volume, frequency, and methods of communication with persons in the community, may be limited as necessary to protect the public and ensure orderly operation of the institution.

Your contact with persons in the community requires heightened controls and review. You have been advised as to why your email was rejected. Staff acted in accordance with policy and used discretion to ensure the safety and security of the institution and public.

Accordingly, this response is provided for informational purposes only.

_____
Date    5 \ 5 \ 21

_____
Ian Connors, Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

*Central Office Administrative Remedy Appeal*

*No. 1054126-R1*

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: HALE, MATTHEW F.        15177-424        I        USP Marion

LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL**

Please see my attached BP-9 and BP-10 whose contents I fully incorporate herein.

The Regional Director's response is contrary to the facts as they exist on the ground here: I did _not_ receive any rejection of my article a second time. Plus, my article was _not_ properly rejected. It is protected rather by the First Amendment to the Constitution of the United States. I do state specific relief here and now: mail my article out! (Regional Director's response was given to me only today, one month late!)

March 4 2021

DATE        SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

MAR 1 9 2021

Administrative Remedy Section
Federal Bureau of Prisons

_____        GENERAL COUNSEL

DATE

FIRST COPY: WASHINGTON FILE COPY        CASE NUMBER: 1052048-A1

**Part C - RECEIPT**        CASE NUMBER: 1054126-A1

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____        _____

DATE        SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN        BP-231(13)
JUNE 2002

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

---

**Administrative Remedy Number:** 1054426-R1

---

This is in response to your Regional Administrative Remedy Appeal received in this office on December 14, 2020, in which you allege that an article of yours has been unlawfully censored, and staff have failed to either reject it or send it out as required by policy. You do not state specific relief.

We have reviewed your appeal and the Warden's response dated December 3, 2020. The Warden's response establishes the purpose and scope of the CMU, and states reasoning for the rejection of your electronic mail. A review of the e-mail in question revealed you sent it out on October 5, 2020. The e-mail was appropriately rejected on October 21, 2020.

Based on the above information, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

2-4-2021
Date

Barb von Blanckensee, Regional Director

U.S. Department of Justice   *Appeal - Remedy*   **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons   *No. 1054426 - F1*

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: HALE, MATTHEW F.    15177-424    I    USP Marion
LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.        UNIT      INSTITUTION

### Part A - REASON FOR APPEAL

Please see my attached BP-9 whose contents I incorporate entirely herein. The Warden's response to that BP-9 for its part is non-responsive since the article I wrote in question has nothing whatever to do with my church or religion, nor did I claim that it did. Furthermore, staff has not actually rejected the article since I resubmitted it, showing that the intent is merely to censor my constitutionally protected opinions and nothing more. In sum, my article has been unlawfully censored and staff has failed to either reject it or send it out as required by policy. Therefore I will be bringing suit unless this remedy is granted.

December 8, 2020
DATE

_Matthew F. Hale_
SIGNATURE OF REQUESTER

### Part B - RESPONSE

DEC 14 2020

_____    _____
DATE                        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel.  Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Part C - RECEIPT

CASE NUMBER: 1054426-R1

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____              _____
DATE                                 SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN          PRINTED ON RECYCLED PAPER                        BP-230(13)
                                                                  JUNE 2002

**U.S. Department of Justice**
**Federal Bureau of Prisons**

**Administrative Remedy**
**Part B - Response**

Administrative Remedy Number: 1054426-F1

This is in response to your Administrative Remedy receipted October 29, 2020, wherein you claim your religious rights are being violated due to rejections of your electronic mail referring to "Thoughts on my Transfer to Marion CMU."

A review of your concerns reveals you have attempted to refer to yourself with such titles that indicate a leadership role of a Security Threat Group (STG), Conducting STG related business or providing guidance to the STG, will likely be reviewed for rejection pursuant to the guidelines set forth in 1:19-cv-00752-WJM-SKC, Hale v. Marques et al, Program Statement 5265.014 - Correspondence, Program Statement 5214.02, Communication Management Units, and Program Statement 4500.012 – Trust Fund Manual.

Furthermore, Program Statement 5214.02, Communication Management Units, Section 1, Subsection C, which states, "The purpose of CMUs is to provide an inmate housing unit environment that enables staff to more effectively monitor communication between inmates in CMUs and persons in the community. The ability to monitor such communication is necessary to ensure the safety, security, and orderly operation of correctional facilities, and protection of the public. The volume, frequency, and methods, of CMU inmate contact with persons in the community may be limited as necessary to achieve the goal of total monitoring, consistent with this subpart."

Accordingly, your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

12/03/2020
Date

D. Sproul, Warden

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **HALE    MATTHEW  F.**     **15177-424**     **I**     **USP Marion**
<br>LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A- INMATE REQUEST**

Analyst Collis is continuing to refuse to let an email article of mine go out even though I have revised it to address the BOP's concerns. The article, entitled "Thoughts on my Transfer to Marion CMU," was initially rejected on 9/17/20 (see attached BP-8). I then resubmitted a revised form of it on or about 10/4/20 but to no avail thus far. Notably, the Correctional Counselor's response on the attached BP-8 erroneously relies on a case out of the Tenth Circuit which is now inapplicable since I am in the Seventh Circuit now. Plus Program Statement 5214.02 5(a)(11) specifically states that I may pursue my religious beliefs and practices — which Analyst Collis has ignored. (Just ask him why he rejected my email!) Thanks.

October 14, 2020
<br>DATE

*Matthew F. Hale*
<br>SIGNATURE OF REQUESTER

**Part B- RESPONSE**

USP Marion
<br>Received by Admin Remedy Clerk
<br>Date:

DATE     WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**     CASE NUMBER: _____

CASE NUMBER: **1054420-F1**

**Part C- RECEIPT**

Return to: _____
<br>LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: **15HM, 16BM**

DATE     RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR     PRINTED ON RECYCLED PAPER     BP-229(13)
<br>APRIL 1982

Attachment A

## Administrative Remedy: Informal Resolution
## Marion, Illinois

Inmate's Name _Matthew Hale_ Reg. No. _15177-424_ Unit _I_ · Date _9/21/20_

NOTICE  You are advised that prior to filing a Request for Administrative Remedy (BP-9), you MUST attempt to informally resolve your complaint through your counselor. Please follow the three (3) steps listed below

1   State your specific complaint _I request that I be specifically told what is wrong with my article "Thoughts on My Transfer to Marion CMU" which was rejected by analyst Collis on 9/17/20 so that I can fix whatever the problem is. (The article is an email that I attempted to send to my mother Evelyn Hutcheson.)_

2   State what efforts you have made to informally resolve your complaint _Have emailed Ms. Hill, have asked for guidance on the phone and in my emails to my mother and have filled out this form_

3   State what resolution you request _That I be told what is wrong with my article specifically so that I can easily assuage whatever concern the BOP has._

Inmate's Signature: _Matthew Hale_                Date. _9/21/20_

4.   Correctional Counselor's Comments (Steps to Resolve) _Please review the guidelines set forth in 1:19-CV-00752-WJM-SKC Hale v. Marques et al and Program statement(s) 5 265.014 and 5 214.07._

Counselor's Signature: _____                Date: _10-14-20_

Unit Manager's Review: _K Hipp_                Date: _10/14/20_

reject
emer. L
9/21/20
KK

| | Received by Counselor from inmate | Attempted informal with inmate by Counselor | BP-9 given to inmate | BP-9 Delivered to Admin Remedy Clerk |
|---|---|---|---|---|
| Date | 9/22/20 | | 10/14/20 | |
| Time | 11:15 PM | | | |
| Counselor | KH | | KC | |

MAR 1010.03J                03-27-10                Page 4

MATTHEW HALE, 15177-424
MARION USP     UNT: I     QTR: I01-014L
P.O. BOX 2000
MARION,  IL 62959

March 4, 2021

Please find two remedies enclosed.

Thanks.

M. Hale

Attachment 5

**Administrative Remedy No. 1054388-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal, wherein you allege your correspondence with the Church of the Creator/Creativity Movement is being rejected and restricted by an Intelligence Analyst. You recite your allegations from your BP-9 and BP-10. You believe this is a violation of your right to religious affiliation. For relief, you request staff to stop censoring, suppressing, and rejecting your incoming and outgoing mail.

We have reviewed documentation relevant to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director addressed your concerns at the time of your Request for Administrative Remedy. It has been determined your contact with persons in the community requires heightened controls and review due to your affiliation the Church of the Creator/Creativity Movement, which has been identified as a Security Threat Group. Program Statement 5214.02, Communications Management Units, states "The purpose of CMUs is to provide an inmate housing unit environment that enables staff to more effectively monitor communication between inmates in CMUs and persons in the community". In accordance with 28 C.F.R. § 540, the Bureau of Prisons operates CMUs for more intense monitoring of written correspondence, telephone communication, and visiting limitations. The volume, frequency, and methods of communication with persons in the community, may be limited as necessary to protect the public and ensure orderly operation of the institution. Based on the nature of your instant offense, your correspondence requires heightened controls and review. Since our office does not review or monitor your correspondence, we defer any decisions regarding this matter to the Counter Terrorism Unit.

You have been given the opportunity to appeal this issue and no further relief is warranted. Accordingly, your appeal is denied.

_4\\2\\\21_
Date

_____
Ian Connors, Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

*Central Office Administrative Remedy Appeal*

*Remedy No. 1054398*

---

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __HALE, MATHEW F.__ __15177-424__ __I__ __USP Marion__
        LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL**

Please see my attached BP-9 and BP-10 whose contents I incorporate entirely herein. (Notably, BP-10 response only was received here two days ago. Second: It is blatantly untrue that the same-type issue was addressed in Regional Response 105/426-RS as the Regional Director claimed. In any event, I am continuing to provide legal notice that the BoP is continuing to violate my clearly established legal rights by banning me from practicing or discarding my religious faith of Creativity and that I will be filing suit unless that conduct is halted. You have been duly warned.

__February 12, 2021__
/ DATE

__Mathew F. Hale__
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

MAR 1 2021

Administrative Remedy Section
Federal Bureau of Prisons

_____      _____
        DATE                              GENERAL COUNSEL

FIRST COPY: WASHINGTON FILE COPY          CASE NUMBER: __1054398-A1__

**Part C - RECEIPT**

                                           CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

_____      _____
        DATE                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN                                                     BP-231(13)
                                                            JUNE 2002

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

---

**Administrative Remedy Number:** 1054388-R1

---

This is in response to your Regional Administrative Remedy Appeal received in this office on December 14, 2020, in which you allege that the book you are writing has nothing to do with your church or religion, yet it is censored and banned.   You also state that your rights continue to be violated.   You do not state specific relief.

We have reviewed your appeal and the Warden's response dated December 3, 2020.   The Warden's response establishes the purpose and scope of the CMU, and also provides reasoning for rejection of your correspondence.   Pursuant to 28 CFR § 540.10 – Purpose and Scope, 28 CFR § 540.12 – Controls and Procedures, and Program Statement 5265.14 <u>Correspondence</u>, "The Warden shall establish correspondence procedures for inmates at each institution, as suggested in this rule."   "The Warden shall establish and exercise controls to protect individuals, and the security, discipline, and good order of the institution.   The size, complexity, and security level of the institution, the degree of sophistication of the inmates confined, and other variables require flexibility in correspondence procedures.   All Wardens shall establish open general correspondence procedures."   You have provided no evidence to support the claim that your rights have been violated.

Additionally, the same-type issue was addressed in Regional Response 1054426-R1.   Program Statement 1330.18, Administrative Remedy Program clearly states, "Inmates have the responsibility to use this Program in good faith and in an honest and straightforward manner."

Based on the above, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

_01/19/2021_
Date

_signature_
Barb von Blanckensee, Regional Director

*Appeal of Ad. Remedy*
*No. 1054388-F1*

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: **HALE, MATTHEW F.**   **15177-424**   **I**   **USP Marion**

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL**

Please see my attached BP-9 whose contents I incorporate entirely herein. As for the warden's response, it is erroneous because it relies upon the case of _Hale v. Marques_ out of another jurisdiction which was voluntarily dismissed by me on October 26, 2020. As stated by _United States v. Goldston_, 440 Fed.Appx. 657, 660 (10th Cir. 2011), "voluntary dismissal of a suit vitiates and annuls all prior proceedings and orders in the case." I would furthermore reiterate that the book I am currently writing has nothing to do with my church or religion and yet it is being censored/banned under those auspices. I will sue if my rights continue to be violated as described.

December 8, 2020

DATE

Matthew F. Hale

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED DEC 14 2020

DATE | REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE   CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: **1054388-R1**

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN   PRINTED ON RECYCLED PAPER   BP-230(13) JUNE 2002

U.S. Department of Justice
Federal Bureau of Prisons

Administrative Remedy
Part B - Response

**Administrative Remedy Number: 1054388-F1**

This is in response to your Administrative Remedy receipted October 29, 2020, wherein you claim your religious rights are being violated due to rejections of your mail referring to Creativity.

A review of your concerns reveals you have attempted to refer to yourself with such titles that indicate a leadership role of a Security Threat Group (STG). Conducting STG related business or providing guidance to the STG, will likely be reviewed for rejection pursuant to the guidelines set forth in 1:19-cv-00752-WJM-SKC, Hale v. Marques et al, Program Statement 5265.014 - Correspondence, Program Statement 5214.02, Communication Management Units, and Program Statement 4500.012 – Trust Fund Manual.

Furthermore, Program Statement 5214.02, Communication Management Units, Section 1, Subsection C, which states, "The purpose of CMUs is to provide an inmate housing unit environment that enables staff to more effectively monitor communication between inmates in CMUs and persons in the community. The ability to monitor such communication is necessary to ensure the safety, security, and orderly operation of correctional facilities, and protection of the public. The volume, frequency, and methods, of CMU inmate contact with persons in the community may be limited as necessary to achieve the goal of total monitoring, consistent with this subpart."

Accordingly, your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

12/03/2020
Date

D. Sproul, Warden

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: HALE, MATTHEW F.      15177-424      I      USP Marion
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A- INMATE REQUEST**

This complaint is against Analyst Collis of the CTU ("Counter Terrorist Unit") for censoring, suppressing, and rejecting my incoming and outgoing mail on grounds that violate my clearly established constitutional rights as well as statutory and BOP rights for that matter. (See attached BP-8 and response) Collis (and the BOP of course) are not letting me discuss my <u>church</u> and <u>religion</u> within my correspondence which violates my 1st Amendment right (and BOP right and RFRA right to free exercise of religion) and he is also barring me from completing an unrelated book because he thinks it expresses my religious beliefs which is also of course illegal. My religion, Creativity, is indeed protected under the law (see <u>Peterson v. Wilmur Communications, Inc.</u>, 205 F. Supp. 2d 1014 (E.D. Wisc. 2002).

October 21, 2020      I will sue if this discrimination continues!
DATE

Matthew F. Hale
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

USP Marion
Received by Admin Remedy Clerk
Date: 10/29/20 1100

DATE      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**      CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CASE NUMBER: 1054388-F1

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: 15HM, 16BM, 34CM

DATE      RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR      PRINTED ON RECYCLED PAPER      BP-229(13)
APRIL 1982

MATTHEW HALE, 15177-424
MARION USP    UNT: I    QTR: I01-014L
P.O. BOX 2000
MARION,  IL 62959



Attachment 6

**Administrative Remedy No. 1059178-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal wherein you allege the Bureau of Prisons lacks any sort of legitimate penological interest in the suppression of harmless points of view.  For relief, you request the quotation "what does not destroy me, makes me stronger" be allowed in your written correspondence.

We have reviewed documentation relevant to your appeal, and based on the information gathered, concur with the manner in which the Warden addressed your concerns at the time of your Request for Administrative Remedy and subsequent appeal.  In accordance with 28 C.F.R. § 540, and Program Statement 5214.02, Communications Management Units, the Bureau of Prisons operates CMUs for more intense monitoring of written correspondence, telephone communication, and visiting limitations.  The volume, frequency, and methods of communication with persons in the community, may be limited as necessary to protect the public and ensure orderly operation of the institution.  Based on the nature of your instant offense, your correspondence requires heightened controls and review.  Since our office does not review or monitor your correspondence, we defer any decisions regarding this matter to the Counter Terrorism Unit.

Accordingly, this response is provided for informational purposes only.

_____                    _____
Date                                                                     Ian Connors, Administrator
                                                                           National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

*Appeal of Administrative*
*Remedy No. 1059178-R1*

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: HALE MATTHEW F.   15177-424   I   USP-Marion
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.    UNIT     INSTITUTION

**Part A - REASON FOR APPEAL**

Please see my attached BP-9 and BP-10 whose contents I fully incorporate herein.

The Regional Director's response is pathetic and beneath my contempt. Nobody can honestly say that "what does not destroy me, makes me stronger" — a quotation from a philosopher — is detrimental to a damned thing. "Come on, man." (To quote President Biden.) Does the BOP really want to go to court over this???

May 4, 2021
    DATE

_Matthew F. Hale_
    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

MAY 19 2021

Administrative Remedy Section
Federal Bureau of Prisons

_____
DATE

FIRST COPY: WASHINGTON FILE COPY

GENERAL COUNSEL

CASE NUMBER: 1059178-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.    UNIT     INSTITUTION

SUBJECT: _____

_____
DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN

BP-231(13)
JUNE 2002

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

---

**Administrative Remedy Number:** 1059178-R1

---

This is in response to your Regional Administrative Remedy Appeal received in this office on January 14, 2021, in which you allege an e-mail was rejected due to a quote you wanted to share with your supporters. You make no specific request for relief.

We have reviewed your appeal and the Warden's response dated December 17, 2020. The response appropriately identified that the Warden has discretion to reject correspondence sent from an inmate if it may impact the security or good order of the institution. Program Statement 5265.14, Correspondence, states the reasoning for the rejection of your electronic mail. Your email was appropriately rejected due to it being detrimental to the security, good order or discipline of the institution and for the protection of the public.

We found this issue has been adequately addressed at the institutional level.

Based on the above information, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

04/14/2021
Date

Barb von Blanckensee, Regional Director

U.S. DEPARTMENT OF JUSTICE                                    **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: HALE, MATTHEW F.             15177-424          I        USP Marion
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.       UNIT       INSTITUTION

**Part A- INMATE REQUEST**

An email of mine was rejected by the BOP on November 3rd for no conceivable justification, the email merely containing a famous and popular quotation by philosopher Friedrich Nietzsche, "What does not destroy me, makes me stronger." This incident just goes to show that the "analyst" who handles me correspondence, M. Collis, is totally out of control, blatantly violating my constitutional rights for the sheer fun of it, and should be removed from his post. I request that this email quotation be duly sent out by staff as it is obviously harmless to anybody or anything.

November 26, 2020                          Matthew F. Hale
      DATE                                SIGNATURE OF REQUESTER

**Part B- RESPONSE**

                                                    USP Marion
                                                    Received by Admin Remedy Clerk
                                                    Date: 12/2/20 MW

_____                    _____
       DATE                                 WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                  CASE NUMBER: _____

                                            CASE NUMBER: 1059178-F1

**Part C- RECEIPT**

Return to: _____
                LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.    UNIT    INSTITUTION

SUBJECT: 15HM, 16GM

_____        ⟳                 _____
       DATE              PRINTED ON RECYCLED PAPER   RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR                                                              BP-229(13)
                                                                     APRIL 1982

U.S. Department of Justice

Federal Bureau of Prisons

*Appeal of Administrative Remedy # 1059178-F1*

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: HALE, MATTHEW F.        15177-424        I        USP Marion
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL**

Please see my attached BP-9 whose contents I fully incorporate herein.

The warden's response is non-sensical in light of the fact that there is no rule whatsoever that says that I cannot share a quotation with my supporters. If the quotation in question does not imply any sort of violence or disorder, it should go out, plain and simple, as the BOP lacks any sort of legitimate penological interest in the suppression of harmless points of view. This is America, not the Soviet Union.

January 5, 2021
DATE

Matthew F. Hale
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

JAN 14 2021

_____        _____
DATE        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE        CASE NUMBER: _____

**Part C - RECEIPT**        CASE NUMBER: 1059178-R1

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____                _____
DATE        SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN        PRINTED ON RECYCLED PAPER        BP-230(13)
JUNE 2002

**U.S. Department of Justice**
**Federal Bureau of Prisons**

**Administrative Remedy**
**Part B - Response**

---

**Administrative Remedy Number:** 1059178-F1

---

This is in response to your Administrative Remedy receipted December 2, 2020, wherein you claim an email you sent should not have been rejected, on November 3, 2020. You claim the email was rejected because you simply stated "What does not destroy me, makes me stronger."

A review of the matter reveals, you did attempt to send an email with that quotation, however, you also wrote "SUBJECT: Quotation for Supporters" prior to the above quote. This heavily implies you were attempting to instruct outside parties to share portions of your emails and communications. Program Statement 5265.014, Correspondence, Section 6, Subsection 5d, which states, "The Warden may reject correspondence sent by or to an inmate if it is determined detrimental to the security, good order, or discipline of the institution, to the protection of the public, or if it might facilitate criminal activity."

Accordingly, your Request for Administrative Remedy is denied. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

12/17/2020
_____
Date

_____
D. Sproul, Warden