# Exhibit 1-A
# Public Information Inmate Data

*Hale v. Federal Bureau of Prisons*,
Case No. 23-cv-1296-DWD

```
 CSTAG            *        PUBLIC INFORMATION           *      03-23-2026
PAGE 001          *           INMATE DATA               *      09:08:09
                           AS OF 03-23-2026


REGNO..: 15177-424 NAME: HALE, MATTHEW

                      RESP OF: CUM
                      PHONE..: ████████████      FAX: ████████████
                                                 RACE/SEX...: WHITE / MALE
                                                 AGE:  54
PROJ REL MT: FIRST STEP ACT RELEASE              PAR ELIG DT: N/A
PROJ REL DT: 04-29-2036                          PAR HEAR DT:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

BOP 012669

```
CSTAG            *         PUBLIC INFORMATION          *      03-23-2026
PAGE 002         *            INMATE DATA              *      09:08:09
                            AS OF 03-23-2026
```

REGNO..: 15177-424 NAME: HALE, MATTHEW


```
                     RESP OF: CUM
                     PHONE..: ███████████      FAX: ████████████
FSA ELIGIBILITY STATUS IS: ELIGIBLE
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.


HOME DETENTION ELIGIBILITY DATE....: 10-30-2035


FINAL STATUTORY RELEASE FOR INMATE.: 04-29-2037 VIA GCT REL
         WITH APPLIED FSA CREDITS.: 365  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 04-29-2036 VIA FSA REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION...........: ILLINOIS, NORTHERN DISTRICT
DOCKET NUMBER...................: 03 CR 011
JUDGE...........................: MOODY
DATE SENTENCED/PROBATION IMPOSED: 04-06-2005
DATE COMMITTED..................: 04-21-2005
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                 FELONY ASSESS  MISDMNR ASSESS  FINES       COSTS
NON-COMMITTED.: $300.00         $00.00          $00.00      $00.00
```

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  863    18:1501-10 OBSTRUCT JUSTICE

OFF/CHG: 18 USC 1503 - OBSTRUCTIONS OF JUSTICE (CT 1)

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 DATE OF OFFENSE................: 12-12-2002
```

G0002     MORE PAGES TO FOLLOW . . .

BOP 012670

```
CSTAG            *         PUBLIC INFORMATION          *      03-23-2026
PAGE 003         *             INMATE DATA             *      09:08:09
                          AS OF 03-23-2026


REGNO..: 15177-424 NAME: HALE, MATTHEW


                     RESP OF: CUM
                     PHONE..: ████████████     FAX: ████████████
-----------------------CURRENT OBLIGATION NO: 020 -------------------------
OFFENSE CODE....:  863     18:1501-10 OBSTRUCT JUSTICE

OFF/CHG: 18 USC 1503 - OBSTRUCTIONS OF JUSTICE (CT 4)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS
 DATE OF OFFENSE................: 11-29-2002

-----------------------CURRENT OBLIGATION NO: 030 -------------------------
OFFENSE CODE....:  580     18:373 SOLICIT COMMIT VIOL

OFF/CHG: 18 USC 373 - SOLICITATION OF A CRIME OF VIOLENCE (CT 2)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   240 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS
 DATE OF OFFENSE................: 12-17-2002




G0002      MORE PAGES TO FOLLOW . . .
```

BOP 012671

```
CSTAG          *        PUBLIC INFORMATION        *      03-23-2026
PAGE 004        *              INMATE DATA         *      09:08:09
                           AS OF 03-23-2026


REGNO..: 15177-424 NAME: HALE, MATTHEW


                    RESP OF: CUM
                    PHONE..: ████████████    FAX: ████████████
------------------------CURRENT COMPUTATION NO: 010 -------------------------


COMPUTATION 010 WAS LAST UPDATED ON 04-26-2023 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-09-2010 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020, 010 030

DATE COMPUTATION BEGAN..........: 04-06-2005
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   480 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    40 YEARS
AGGREGATED TERM OF SUPERVISION..:     3 YEARS
EARLIEST DATE OF OFFENSE........: 11-29-2002

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    01-08-2003    04-05-2005

TOTAL PRIOR CREDIT TIME.........: 819
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 2079
TOTAL GCT EARNED................: 1161
STATUTORY RELEASE DATE PROJECTED: 04-29-2037
ELDERLY OFFENDER TWO THIRDS DATE: 09-08-2029
EXPIRATION FULL TERM DATE.......: 01-07-2043
TIME SERVED.....................:   23 YEARS      2 MONTHS      16 DAYS
PERCENTAGE OF FULL TERM SERVED..: 58.0
PERCENT OF STATUTORY TERM SERVED: 67.6




G0002      MORE PAGES TO FOLLOW . . .
```

BOP 012672

```
CSTAG            *           PUBLIC INFORMATION          *      03-23-2026
PAGE 005 OF 005 *               INMATE DATA              *      09:08:09
                             AS OF 03-23-2026

REGNO..: 15177-424 NAME: HALE, MATTHEW

                      RESP OF: CUM
                      PHONE..: ▮▮▮▮▮▮▮▮        FAX: ▮▮▮▮▮▮▮▮

PROJECTED SATISFACTION DATE.....: 04-29-2036
PROJECTED SATISFACTION METHOD...: FSA REL
    WITH FSA CREDITS INCLUDED...: 365
```

```
S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

BOP 012673