# Exhibit 1-F
# Notice to Plaintiff of January 2013
# Restricted General Correspondence Status

*Hale v. Federal Bureau of Prisons*,
Case No. 23-cv-1296-DWD



**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex
☑ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

*Office of the Warden*

*5880 State Highway 67 South*
*P.O. Box 6500*
*Florence, CO 81226*

January 28, 2013

NOTICE TO HALE, MATTHEW, REGISTER NUMBER #15177-424

FROM:          D. Berkebile, Warden

SUBJECT:          Restricted General Correspondence Status

This is to notify you that you are being placed on restricted general correspondence, pursuant to 28 C.F.R. § 540.15. Your recent correspondence with Creativity Movement members, Creativity Member leaders, and other white nationalist extremists poses a special threat to the security and good order of the institution, protection of the public, and national security insofar as your unlimited general written correspondence might facilitate further criminal activity. Restriction your general correspondence is justified as you are considered a "security risk" pursuant to Federal Bureau Of Prisons (Bureau) Program Statement 5265.11, <u>Correspondence</u>, section 12.a(4). Accordingly, your general correspondence (incoming/outgoing) is limited to/from verifiable immediate family members only (spouse, mother, father, children, and siblings). A review will be conducted every six months to determine whether or not the restrictions should be continued.

You are permitted to respond to your being placed on restricted general correspondence (orally, or in writing) and a written response will be provided. This may be considered an attempt to informal resolution under the Bureau's Administrative Remedy Program. In addition, you may seek a formal of decision to place you on restricted general correspondence status through the Bureau's Administrative Remedy Program. The program requires that you first address your complaint to the Warden. If dissatisfied with that response, you may appeal to the Regional Director, Federal Bureau Of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66201-2492. If dissatisfied with the Regional Director's response, you may appeal to the Director, National Inmate Appeals, in the Office of the General Counsel in Washington D.C.

Received_____          1/28/2013

Matthew Hale
Federal Register Number 15177-424

**BOP001321**

23-cv-01296-DWD          BOP-012675

Case No. 1:23-cv-01296-DWD   Document 31-5   Filed 03/25/24   USDC Colorado   Page 3 of 3   #386

# NOTICE OF INMATE RESTRICTIONS
**U.S. DEPARTMENT OF JUSTICE**

## USP, ADMINISTRATIVE MAXIMUM, FLORENCE, COLORADO
**FEDERAL BUREAU OF PRISONS**

| INMATE NAME (LAST, First): Hale, Matthew | REGISTER NUMBER: 15177-424 | UNIT/QUARTERS: D01-104L |
|---|---|---|

**TYPE OF NOTIFICATION:**
X Initial        Modification of previous notice dated _____
☐ 6 Month Review (BOP sanction only)
☐ 120 Day Review (Special Administrative Measure only)
☐ All restrictions removed   ☐ Other:

**TYPE OF RESTRICTION:**
☐ Sanction for prohibited act, (report or memo attached) *28 C.F.R. § 541, Subparts A&B*
☐ Judicial court order (attached), *18 U.S.C. § 3582(d)*
☐ Special Administrative Measure imposed by U.S. Attorney General, *28 C.F.R. § 501.3*
**X Other: General Correspondence Restriction**

**LENGTH OF RESTRICTION FROM EFFECTIVE DATE:**
**X Indefinite (with periodic review) Review in 6 months**   ☐ Other:

*These restrictions are appealable using the Administrative Remedy Program, 28 C.F.R. § 542*

**GENERAL CORRESPONDENCE:** *Pursuant to 28 C.F.R. § 540, Subparts A, B and F*

☐ No restriction to general correspondence
☐ You are prohibited from ALL general correspondence
**X You are permitted to correspond with the following individuals only: Immediate Family Only**
☐ You are prohibited from corresponding with the following individuals:
☐ You are permitted to correspond in the English language only
X Rationale: Your recent correspondence with Creativity Movement Members and Leaders, and other white nationalist extremist poses a special threat to the security and good order of the institution, protection of the public, and the national security and so far as your unlimited general written correspondence might facilitate further criminal activity.

**SPECIAL/LEGAL MAIL:** *Pursuant to 28 C.F.R. § 540, Subparts A & B*
☐ No restriction to special/legal mail
☐ You are permitted to correspond with the courts, but these attorneys only:
☐ You are prohibited from corresponding with the following individuals:
☐ Other: Restricted Special Mail status, pursuant to 28 C.F.R. § 540.18(c)(2)(i)
☐ Rationale: Use of special mail to send false information to a government official

**TELEPHONE (Court Ordered or SAM only):** *Pursuant to 28 C.F.R. § 540, Subpart I*
☐ No restriction to telephone calls
☐ You are prohibited from all telephone calls
☐ You are permitted legal telephone calls only

**VISITING/MEDIA (Court Ordered or SAM only):** *Pursuant to 28 C.F.R. § 540, Subparts D & E*
☐ No restriction to social visiting privileges
☐ You are prohibited from media interviews
☐ You are prohibited from all social visits
☐ You are permitted to visit with the following individuals only:
☐ You are prohibited from visiting with the following individuals:

**OTHER JUDICIAL ORDER OR SPECIAL ADMINISTRATIVE MEASURE RESTRICTIONS:**

| Unit Manager Review: Printed Name/Signature *Aielpilmondo* P. Rangel, Unit Manager | Legal Services Review: Printed Name/Signature C. Synsvoll, Supervisory Attorney |
|---|---|
| Associate Warden (P) Review: Printed Name/Signature S.M. Kuta, Associate Warden | |
| Warden: Printed Name/Signature D. Berkebile, Warden | Effective Date: January 16, 2013 |

| Inmate Printed Name/Signature **Hale, Matthew** | Register Number **15177-424** | Date 1/29/2013 |
|---|---|---|

Printed Name/Signature of Staff Witness

You may seek a formal review of this decision through the Federal Bureau of Prisons' Administrative Remedy Procedure. The procedure requires that you first address your complaint to the Warden. If dissatisfied with that response, you may appeal your complaint to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66201-2492. If dissatisfied with the Regional Director's response, you may appeal to the Director, National Inmate Appeals, in the Office of the General Counsel in Washington D.C.

**Distribution: Original - Central File; cc - Inmate, Mail Room, Legal Services**

**BOP001322**

23-cv-01296-DWD

BOP-012676