# Exhibit 1-G
# Inmate History

*Hale v. Federal Bureau of Prisons*,
Case No. 23-cv-1296-DWD

```
CSTAG  531.01 *                INMATE HISTORY           *       03-23-2026
PAGE 001 OF 001 *                 ADM-REL               *       09:09:33


  REG NO..: 15177-424 NAME....: HALE, MATTHEW
  CATEGORY: ARS       FUNCTION: PRT       FORMAT:


FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
CUM    A-DES      DESIGNATED, AT ASSIGNED FACIL 06-09-2025 1601 CURRENT
3-M    RELEASE    RELEASED FROM IN-TRANSIT FACL 06-09-2025 1601 06-09-2025 1601
3-M    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-09-2025 0338 06-09-2025 1601
MAR    TRANSFER   TRANSFER                      06-09-2025 0238 06-09-2025 0238
MAR    A-DES      DESIGNATED, AT ASSIGNED FACIL 07-01-2020 1601 06-09-2025 0238
5-Z    RELEASE    RELEASED FROM IN-TRANSIT FACL 07-01-2020 1701 07-01-2020 1701
5-Z    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-01-2020 0152 07-01-2020 1701
FLM    TRANSFER   TRANSFER                      06-30-2020 2352 06-30-2020 2352
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL 04-07-2017 1330 06-30-2020 2352
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-07-2017 1530 04-07-2017 1530
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-07-2017 1000 04-07-2017 1530
OKL    HLD REMOVE HOLDOVER REMOVED             04-07-2017 0900 04-07-2017 0900
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 03-27-2017 1705 04-07-2017 0900
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 03-27-2017 1805 03-27-2017 1805
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-27-2017 0904 03-27-2017 1805
THA    TRANSFER   TRANSFER                      03-27-2017 0904 03-27-2017 0904
THA    A-DES      DESIGNATED, AT ASSIGNED FACIL 05-31-2016 1434 03-27-2017 0904
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 05-31-2016 1434 05-31-2016 1434
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-31-2016 1000 05-31-2016 1434
OKL    HLD REMOVE HOLDOVER REMOVED             05-31-2016 0900 05-31-2016 0900
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF 05-26-2016 1420 05-31-2016 0900
5-Z    RELEASE    RELEASED FROM IN-TRANSIT FACL 05-26-2016 1520 05-26-2016 1520
5-Z    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-26-2016 0812 05-26-2016 1520
FLM    TRANSFER   TRANSFER                      05-26-2016 0612 05-26-2016 0612
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL 04-21-2005 1127 05-26-2016 0612
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-21-2005 1327 04-21-2005 1327
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-21-2005 0900 04-21-2005 1327
OKL    HLD REMOVE HOLDOVER REMOVED             04-21-2005 0800 04-21-2005 0800
OKL    A-HLD      HOLDOVER, TEMPORARILY HOUSED  04-20-2005 1635 04-21-2005 0800
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-20-2005 1735 04-20-2005 1735
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-20-2005 1227 04-20-2005 1735
CCC    HLD REMOVE HOLDOVER REMOVED             04-20-2005 1127 04-20-2005 1127
CCC    A-HLD      HOLDOVER, TEMPORARILY HOUSED  04-08-2005 0918 04-20-2005 1127
CCC    ADM CHANGE RELEASE FOR ADMISSION CHANGE 04-08-2005 0917 04-08-2005 0918
CCC    A-PRE      PRE-SENT ADMIT, ADULT         01-08-2003 1742 04-08-2005 0917




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

BOP 012677